SZEMKE et al., Respondents, v. WEINER et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Frank Szemke and another, etc., against Harris Weiner and others, defendants. No opinion. Order affirmed, with costs.

SZINKUS v. JAMISON et al. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Joseph Szinkus against William A. Jamison and others, defendants.

PER CURIAM. Judgment and order affirmed, with costs.

PUTNAM, J., dissents.

In re THOMSON et al. In re HAMILTON PLACE SCHOOL SITE. (Supreme Court, Appellate Division, First Department. July 9, 1915.) In the matter of Wm. Thomson and others. In the matter of the Hamilton Place School Site. No opinion. Application granted. Order filed.

TIEDEMANN, Respondent, v. TIEDE-MANN, Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Gertrude E. Tiedemann against Rudolph E. Tiedemann. N. Rockwood, of New York City, for appellant. L. R. Brilles, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendant to serve amended answer on payment of costs in this court and in the court below. Order filed.

TOMPKINS v. BRAUN. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Joseph Tompkins against Joseph Braun. No opinion. Application denied, with $10 costs. Order signed.

TOWN OF NORTH HEMPSTEAD, Respondent, v. STERN, Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by the Town of North Hempstead against Benjamin Stern. No opinion. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment (in 86 Misc. Rep. 520, 148 N. Y. Supp. 840) affirmed, with costs.

TOWNSEND, Appellant, v. CARTER CONST. CO., Respondent. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Willard H. Townsend against the Carter Construction Company. A. McCulloh, of New York City, for appellant. L. L. Kellogg, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, on the authority of Sullivan v. Ryan Parker Construction Company, 148 App. Div. 243, 132 N. Y. Supp. 344. Settle order on notice. See, also, 150 N. Y. Supp. 757.

TOWNSEND, Respondent, v. PERRY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by Frank B. Townsend against Ezekiel C. Perry and others.

PER CURIAM. Order modified so as to require the plaintiff, as a condition of granting the new trial, to pay all costs of the action already accrued, viz., $778.96 taxed in the last judgment (less costs before notice of trial) and taxed costs of the appeal therefrom to this court and taxable costs already accrued on the appeal to the Court of Appeals, and $10 costs of the motion, such costs to be paid within 90 days after service of a copy of this order with notice of entry; and as so modified the order is affirmed, without costs of this appeal to either party. See, also, 151 N. Y. Supp. 1148.

KRUSE, P. J., and LAMBERT, J., dissent and vote for reversal of the order and denial of the motion.

TRETTON, Respondent, v. CITY OF ROCHESTER, Appellant (two cases). (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by John K. Tretton against the City of Rochester, and Elizabeth J. Tretton against the same.

PER CURIAM. In each case, judgment and order reversed, and complaint dismissed, with one bill of costs in this court and costs in each case in the trial court. Held, that the notice required by section 632 of the charter of the defendant city was not timely served, and that the corporation counsel was not authorized to waive or extend the time of service thereof upon him and the common council, even if he assumed to do so, as claimed by the plaintiff; furthermore, no waiver was pleaded.

ROBSON, J., dissents.

TROIANO, Respondent, v. GALASSO et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Agostine Troiano against Antonio Galasso and another. No opinion. Interlocutory judgment affirmed, with costs.

TROP v. FRIEDBERG et al. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Freda Trop against Maurice Friedberg and others. No opinion. Application denied, with $10 costs. Order signed.